**IT IS ORDERED as set forth below:**



**Date: October 17, 2014**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| SCOTT THOMAS HART, | : | CASE NO. 14-22020-JRS |
| | : | |
| Debtor. | : | |
| __ __ __ __ __ __ __ __ __ __ __ __ | : | __ __ __ __ __ __ __ __ __ __ __ |
| FREEDOMROAD FINANCING, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | CONTESTED MATTER |
| SCOTT THOMAS HART, Debtor; and | : | |
| BETTY A. NAPPIER, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |
| | : | |

## **ORDER**

This matter came on for hearing October 15, 2014, on the Motion for Relief from

Automatic Stay filed by FREEDOMROAD FINANCING ("Movant").  Movant claims a security interest in Debtor's vehicle: 2012 Ducati M796 (the "Collateral").  Movant, by counsel, has filed a Certificate of Service certifying proper service of the Motion.  Neither Debtor nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds.; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. Rule 4001(a)(3) is waived.

(END OF DOCUMENT)

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON &
RUSSO, P.C.
Attorneys for Movant


By: _____/s/_____
   Andrew D. Gleason
   Ga. State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Scott Thomas Hart
2780 Gateview Court
Cumming, GA 30040

Valerie Wulff Sherman
Suite 100
1560 Warsaw Rd.
Roswell, GA 30076

Betty A. Nappier
Chapter 7 Trustee
P.O. Box 1649
Cumming, GA 30028-1649