*Georgia Tomato Co. Inc.*
P.O. BOX 805, FOREST PARK, GA 30298, 404-366-5062

December 16, 2014

Clerk
United States Bankruptcy Court
Suite 120
121 Spring Street S.E.
Gainesville, GA 30501

RE...SCOTT THOMAS HART   CASE NO. 14-22020
MOTION TO DISMISS CHAPTER 7 CASE

TO WHOM IT MAY CONCERN:

THIS COMPANY RECEIVED A MOTION TO DISMISS IN THE ABOVE CASE AND WE ARE RENDERING OUR RESPONSE IN WRITING.

WE ARE ASKING THAT THE CASE ABOVE NOT BE DISMISSED.

WE ARE ALSO MAILING A COPY OF THIS RESPONSE TO:

Betty A. Nappier
Law office of B.A. Nappier
P.O. Box 1649
Cumming, GA 30028-1649

A. Michelle Hart Ippoliti
McCalla Raymer, et al
1544 Old Alabama Road
Roswell, GA 30076

Valerie Wulff Sherman
Attorney for Debtor
Ga Bar No. : 558103
The Sherman Law Group
1560 Warsaw Road, Suite 100
Roswell, GA 30076

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Philip L. Rubin
Lefkoff, Rubin & Gleason PC
Suite 900
5555 Glenridge Connector
Atlanta, GA 30342

WILLIAM PARCELLS
GENERAL MANAGER
GEORGIA TOMATO CO. INC.
404-366-5062

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: **Scott Thomas Hart** | : | Case No. 14-22020 |
| | : | |
| | : | Judge Sacca |
| **Debtor** | : | |
| | : | Chapter 7 |

## CERTIFICATE OF SERVICE

I, William Parcells, hereby certify that I am over the age of 18 and that on December 16, 2014, I have served a copy of the foregoing letter to the court asking that the above case not be considered for dismissal as proposed by the debtor on the 04 day of December 2014. The letter was sent by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Betty A. Nappier
Law office of B.A. Nappier
P.O. Box 1649
Cumming, GA 30028-1649

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

A. Michelle Hart Ippoliti
McCalla Raymer, et al
1544 Old Alabama Road
Roswell, GA 30076

Philip L. Rubin
Lefkoff, Rubin & Gleason PC
Suite 900
5555 Glenridge Connector
Atlanta, GA 30342

Valerie Wulff Sherman
Attorney for Debtor
Ga Bar No.: 558103
The Sherman Law Group
1560 Warsaw Road, Suite 100
Roswell, GA 30076

Date: December 16, 2014

/s/ William Parcells
William Parcells
General Manager
Georgia Tomato Company Inc
P.O. Box 805
Forest Park, GA 30298

Notary Public    Date: 12-16-14

My Commission expires June 15, 2017